AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ROY MUÑOZ,

            Plaintiff,

    v.

CITY OF YAKIMA, a municipal corporation,

            Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-3024-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Voluntary Dismissal is granted and Plaintiff's state law claim is dismissed without prejudice; and his federal FMLA claim only is dismissed with prejudice.

All claims and causes of action in this matter are Dismissed without fees to any party.

Costs are awarded to Defendant upon presentation of a proper Cost Bill.

April 2, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson